IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID COURTNEY,[1] | § | |
| | § | |
| Petitioner Below, | § | No. 66, 2022 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| CHRISTINE ACOSTA, | § | File No. CN15-01320 |
| | § | Petition No. 21-15330 |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: June 14, 2022
Decided: June 27, 2022

## **ORDER**

(1)    On April 20, 2022, the Senior Court Clerk sent a letter directing the appellant to pay the Family Court filing fee and transcript cost on or before May 5, 2022, or this Court would issue a notice to show cause why the appeal should not be dismissed.  On May 6, 2022, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to pay the Family Court filing fee and transcript cost.  On May 26, 2022, the Senior Court Clerk issued a second notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to pay the Family Court filing fee and transcript cost.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

(2) On June 3, 2022, the Court received the certified mail receipt indicating that the notice to show cause had been delivered on June 1, 2022. A timely response to the notice to show cause was due on or before June 13, 2022. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice